### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

CASE NO. 14-cv-22004-JLK

MIGUEL PERAZA SOSA,

        Plaintiff,

v.

CYPRESS FINANCIAL RECOVERIES, LLC,
ZAKHEIM & LAVRAR PA f/k/a/ ZAKHEIM
& ASSOCIATES, and FLYNN LAVRAR,
ESQ., individually,

        Defendants.

_____/

### ORDER GRANTING PLAINTIFF's MOTION FOR ENLARGEMENT OF TIME

THIS CAUSE is before the Court upon Plaintiff Miguel Peraza Sosa's Motion for Extension of Time to Complete Fact Discovery (DE #14), filed on September 25, 2014.

As background, the Court entered a Scheduling Order in this case on July 25, 2014 (DE #9). The Order set the deadline for discovery as November 5, 2014, for motions as November 10, 2014, set the final pretrial conference for January 9, 2014, and set the trial of this matter for the two-week trial period commencing on March 23, 2015.

It is this Court's regular procedure to set a motion deadline at least sixty days in advance of the final pretrial conference in order to allow adequate time for the Court to fully address each motion, and to set the discovery cutoff five days prior to the motions deadline. In spite of counsels' statement that the requested extension of time will not affect this case's schedule, an extension will, in fact, have a definite adverse effect on the Court's schedule.

This Court knows through experience that it is common practice for parties to file motions on the last day of the motion practice deadline. Motions filed on the last day of the motions deadline still require that the nonmoving party be allowed twenty days to respond. After

the response is submitted, the moving party receives another ten days to file a reply. After this process, the Court then needs adequate time to carefully review and address each and every motion. Altering the dates carefully set by the Court impedes the Court's thorough preparations for the pretrial conference and trial. If the Court grants the instant Motion for Enlargement of Time, the dates for the pretrial conference and trial must also be delayed.

Accordingly, the Court being otherwise fully advised, it is **ORDERED, ADJUDGED, and DECREED** that

1. Plaintiff Miguel Peraza Sosa's Motion for Extension of Time to Complete Fact Discovery (DE #14) is hereby **GRANTED**,

2. The dates for final pretrial conference and trial set in Scheduling Order (DE #9) are **VACATED and CANCELLED**,

3. New dates will be set by separate Order of the Court.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida this 26th day of September, 2014.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Cc: All Counsel of Record