

FILED by \_\_\_\_\_ D.C.

NOV 2 5 2014

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

MIGUEL PERAZA SOSA
    Plaintiff

Vs.                         CASE #: 14-22004-civ-KING/TORRES

CYPRESS FINANCIAL RECOVERIES LLC

ZAKHEIM & LAVRAR PA f/k/a ZAKHEIM &

ASSOCIATES

FLYNN LAVRAR, Esq. Individually

    Defendants

### PLAINTIFF'S REPLY IN SUPPORT OF HIS MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiff Miguel P Sosa, Pro se, respectfully files this reply in support of his Motion to Dismiss without Prejudice. Defendants' response fails to identify any valid reasons as to why this Honorable court would not grant Plaintiff's request to dismiss his complaint.

Defendants' response in opposition is filled with arguments out of context and more importantly out of the four corners of the complaint.

Furthermore, Defendants' Attorney Mr. David Hartnett from the beginning of this case has been using all his well-known tactics to delay this matter as much as possible and taking advantage of the least sophisticated consumer status of a Pro se Plaintiff.

Plaintiff requests that this court grant his Motion and in support state as follow:

1. Plaintiff's complaint was filed due to Defendants violations of the Fair Debt Collection Practices Act ( FDCPA), Florida Consumer Collections Practices Act (FCCPA and the Fair Credit Reporting Act (FCRA)

2. Defendants' violations are not a "retaliatory action" as stated in Defendants response in opposition. For the contrary this federal complaint was filed due to the procedure use by the Defendants in their attempt to collect an alleged debt. As far as the FDCPA  is concerned the existence of the debt is irrelevant

3. Mr. Hartnett statement that Defendants' responses to Plaintiff request for discovery were timey is not accurate. Plaintiff sent his request for discovery on August 5, 2014 to Defendants ZAKHEIM & LAVRAR PA and FLYNN LAVRAR. Response and objections were received by email after Plaintiff's request on September 12, 2014. After a series of emails back and forth some documents were finally provided on October 10, 2014 more than a month after been due. This information provided have the potential of bringing a new cause of action for violations of the Telephone communication practices act (TCPA) From page 9-19 it is clear that ZAKHEIM & LAVRAR PA or CYPRESS made an undetermined number of calls to Plaintiff's cellular number after receiving personal information from Plaintiff's brother; page 8 on the middle of the page. Plaintiff's brother number 305-953-6826 was called many times according to the present information. Also, 10 pages of the information provided are heavily redacted pages like page 9 (exhibit A).

4. Discovery request was sent to CYPRESS ON August 26, 2014 and response and objections also late were received by October 6, 2014 also by email

5. After reviewing Defendants responses the Plaintiff decided that he needed to look for an attorney in order to continue litigating this case. The TCPA potential part to be brought forward will need a competent attorney and the ones consulted would not take this case unless is refilled.

6. Defendants' attorney states in his response that; "Plaintiff asserts that he may file an additional unspecified claim", Plaintiff sent an email specifying the possibility of adding a new claim under the TCPA in his attempt to reach a settlement agreement before going forward. Plaintiff also stated that he will need to get an attorney involved.( exhibit B)

7. Mr. Hartnett also stated in defendants' response that; "Defendants have expended thousands of dollars in defense of Plaintiff retaliatory…….", it raise the question for what? General answer and affirmative defenses to the complaint, general response and objections to discovery request and a misleading out of context response in opposition to Plaintiff Motion to Dismiss.

8. There are certainly violations of the FDCPA and FCCPA due to the misrepresentation made by Defendants in their attempt to collect an alleged debt. There are many violations under the FDCPA in Plaintiff's complaint like validation notice not sent prior to the filing

2

of the state complaint. Also, while there are some courts that hold the treat to take legal action (1692e-5) does not include the actual taking of the action most courts agree that it does. Balthasor v Sec. Credit Servs. LLC, 11-60867-CIV COHN/SELTZER, 2012; Heathman v Portfolio Recovery Associates LLC, 12-CV-201-IEG (RBB), 2013 WL755674 (SD CAL., 2/27/2013. Courts understand that it would make no sense to have a statute that provides more protection to a debt collector who violates the law (threatening) than the one that actually does it, filing the complaint..

9.  Also Defendants' went all out in his opposition (pages 4-7) in explaining why Plaintiff's claims under the FCRA and FCCPA should be dismiss because there is no cause of action under 15 UCS 1681 S-2.

The problem with this argument is that Plaintiff is not bringing this matter under 1681 s-2 and this argument is out of the four corners of the complaint. This matter is brought under 1681b and the impermissible purpose of ZAKHEIM & LAVRAR PA in obtaining Plaintiff's credit report under the name of a corporation no longer in business at the time of the violation when they were known as ZAKHEIM & ASSOCIATES (Exhibit C). There is a case out of the United States District Court, E.D. Virginia in which chief judge JAMES R. SPENCER made a detail and clear definition of what a permissible purpose is and how it applies to all the parties. Case CAPPETTA, v .GC SERVICES LIMITED PARTNERSHIP, Action No. 3:08-CV-288, September 4, 2009.

10. Finally, Mr. Hartnett states that Plaintiff is trying to dismiss this matter, "in order to avoid a Judgment in favor of Defendants". If the Defendants have an argument to do a Motion for Summary judgment at this time why didn't they do it? The response is because there are still issues of material fact and Motion for Summary Judgment will not be appropriate.

11. The only reason why Plaintiff is asking this court to dismiss this case without prejudice is to get an attorney to represent him so we may level the field and make the fight fairer. Plaintiff will not be able to continue without the help of a qualified attorney.

WHEREFORE, for the reasons stated above Plaintiff request that this Honorable court issue an Order dismissing this case Without Prejudice and for such other and further relief as this Honorable Court deems necessary and just.

Respectfully submitted

Dated: November 25, 2014

Miguel Peraza Sosa

701 E 52 ST

HIALEAH FL 33013

Email:ac1989mige@hotmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing will be served by US Mail this 25th day of November 2014 to the party listed below.

DAVID HARTNETT

Florida Bar No. 946631

HINSHAW & CULBERTSON LLP

2525 PONCE DE LEON BLVD., 4TH. FLOOR

MIAMI FL 33134

PHONE: 305-358-7747

dhartnett@hinshawlaw.com

# EXHIBIT A

07-11-2014   6:39PM                                                                    Page   1

Zakheim & LaVrar, P.A.
1133 South University Drive, Second Floor
Plantation, Florida 33324
1-800-531-5490 (phone)
1-954-735-0227 (fax)

| | |
|---|---|
| Client: | CYPRESS FINANCIAL RECOVERIES, LLC |
| Receiving Atty | |
| Sort Order: | None |

Status:  492
Type:  C
Responsible Atty/Collector:

| | | | |
|---|---|---|---|
| Account Number: | 3000568664 | Other Account Number: | |
| Network ID: | G1305254 | Original Creditor: | GE Capital Retail Bank - Brand sMart Dual Card |

## Debtor 001

| | | | |
|---|---|---|---|
| Name...................... | MIGUEL  PERAZASOSA | Relationship............ | Primary |
| Alias........................ | | DOB...................... | 10/23/1960 |
| Address 1................ | 701 E 52ND ST | SSN....................... | XXX-XX-4571 |
| Address 2................ | | Phone 1.................. | |
| City, State & Zip.... | HIALEAH, FL  33013-1654 | Phone 2.................. | |
| County.................... | | Fax........................ | |
| Salutation............... | | EMail..................... | |
| Invalid Address...... | False | Cell Phone............. | |
| Driver's License #..... | | Memo..................... | |

### Bankruptcy Information

| | | |
|---|---|---|
| Court Name................ | | |
| Court File Number...... | | Court File Date........... |
| Bankruptcy Type........ | | Bankruptcy Status...... |

### Bank Information

| | | |
|---|---|---|
| Name...................... | | Phone 1.................. |
| Name2.................... | | Phone 2.................. |
| Address 1................ | | Fax........................ |
| Address 2................ | | Checking Account..... |
| City, State & Zip...... | , | Savings Account........ |
| County.................... | | |
| Contact.................... | | |

### Employment Information

| | | | |
|---|---|---|---|
| Name...................... | default | Hire Date................ | |
| Name2.................... | | Ending Date............ | |
| Address 1................ | 529 SOUTH FLAGLER DRIVE.. 18-G | Salary..................... | 0.00 |
| Address 2................ | | Salary Frequency..... | |
| City, State & Zip...... | WEST PALM BEACH, FL  33401 | | |
| County.................... | | | |
| Phone ..................... | | | |
| Fax........................ | | | |
| Contact.................... | | | |

Z&L 000001

Client:          CYPRESS FINANCIAL RECOVERIES, LLC                Status:  492
Receiving Atty                                                    Type:  C
Sort Order:      None                          Responsible Atty/Collector:

### Debtor 002

| | | | |
|---|---|---|---|
| Name...................... | DANIEL  PERAZA | Relationship............ | Co-Signer |
| Alias........................ | | DOB...................... | |
| Address 1................. | 738 E 52ND ST | SSN....................... | XXX-XX-3714 |
| Address 2................. | | Phone 1.................. | |
| City, State & Zip.... | HIALEAH, FL  33013-1654 | Phone 2.................. | |
| County..................... | | Fax........................ | |
| Salutation................ | | EMail...................... | |
| Invalid Address....... | False | Cell Phone............. | |
| Driver's License #..... | | Memo...................... | |

-----------------Bankruptcy Information-----------------

| | | |
|---|---|---|
| Court Name................. | | Court File Date........... |
| Court File Number....... | | Bankruptcy Status....... |
| Bankruptcy Type......... | | |

-----------------Bank Information-----------------

| | | |
|---|---|---|
| Name........................ | | Phone 1.................. |
| Name2...................... | | Phone 2.................. |
| Address 1................. | | Fax........................ |
| Address 2................. | | Checking Account..... |
| City, State & Zip.... | . | Savings Account....... |
| County..................... | | |
| Contact..................... | | |

-----------------Employment Information-----------------

| | | |
|---|---|---|
| Name........................ | | Hire Date................ |
| Name2...................... | | Ending Date............ |
| Address 1................. | | Salary..................... 0.00 |
| Address 2................. | | Salary Frequency..... |
| City, State & Zip.... | . | |
| County..................... | | |
| Phone ..................... | | |
| Fax........................... | | |
| Contact..................... | | |

Client:          **CYPRESS FINANCIAL RECOVERIES, LLC**                    Status:  492
Receiving Atty:                                                          Type:   C
Sort Order:    None                              Responsible Atty/Collector:

## *Claim Detail*

Name...................... :   MIGUEL  PERAZASOSA              Name............... :  DANIEL  PERAZA
Claim Number......... :   3000568664.001                 Ref Acct No.... :  *****7220
Status.................... :   492 - CLOSED ACCOUNT- PENDING RECALL    Account Type.. :  C - Suit Score = C
Client.................... :   CYP-GE - CYPRESS FINANCIAL RECOVERIES, LLC   Plaintiff.......... :  CYPRESS FINANCIAL
                                                                           RECOVERIES, LLC

----------------------------Claim Balance Detail----------------------------



Open Date.............. :   05/08/2013        Open Balance:  $5,561.35      Close Date............ :
For........................ :                                              Commission............ :
Contract Date.......... :                                                 Contingent Suit Fee. :
Payment Plan.......... :                                                  Link...................... :
Last Pymt Date....... :   07/11/2011        Last Pymt Amt:  $131.00       Total Collected........ :
Originator............... :   LGL - LEGAL                                  Pre-Jmt Interest....... :
Responsible............. :                                                Post-Jmt Interest..... :
Assigned From........ :   YGC - You've Got Claims                        Begin Interest Date. :
Receiving Atty......... :                                                 Last Interest Update :

-------------------------Judgment Detail-------------------------

Court...................... :   DAD_CT - MIAMI-DADE CLERK OF COURT       Court File No........... :  13022653CC23
Filing Date.............. :   12/27/2013                                  Service Date........... :  01/30/2014
Judgment Date........ :                                                 Judgment Amount.... :  $0.00

Z&L 000003

| Client: | CYPRESS FINANCIAL RECOVERIES, LLC | Status: | 492 |
| Receiving Atty: | | Type: | C |
| Sort Order: | None | Responsible Atty/Collector: | |

----------------------**Account Member Detail**----------------------

Employer -  default
Plaintiff -  CYPRESS FINANCIAL RECOVERIES, LLC

----------------------**Action Items Detail**----------------------

█████    ███████████

| | |
|---|---|
| Client | CYPRESS FINANCIAL RECOVERIES, LLC |
| Receiving Atty: | |
| Sort Order: | None |

Status:  492
Type:  C
Responsible Atty/Collector:

## *User Fields*

**Account**      **000**

| | |
|---|---|
| UVDATEFORW | 05/01/2013 |
| YGC Cred Name 1 | Cypress Financial |
| YGC Cred Name 2 | Recoveries, LLC |
| YGC Charge Off Dat | 02/24/2012 |
| YGC Charge Off Amt | 0.00 |
| YGC Actual Open Dt | 03/21/2007 |
| YGC Orig Cr Name1 | GE Capital Retail Bank - Brand |
| YGC Orig Cr Name2 | sMart Dual Card |
| YGC Last Pymt Dt | 07/11/2011 |
| YGC Last Pymt Amt | 131.00 |
| YGC Delinq Date | 08/28/2011 |
| YGC Plaintiff 1 | CYPRESS FINANCIAL |
| YGC Plaintiff 2 | RECOVERIES, LLC |
| Triggers Full | F |
| Triggers Add | A |
| Triggers Delete | D |
| Triggers Co. ID | 0852434 |
| Tirggers Port ID | 01 |
| Triggers Co Data | X |
| SETTLEMENT TYPE? | PPA |
| PMT FREQUENCY? | MONTHLY |
| FL JMT INT RATE | 4.75 |
| GA JMT INT RATE | |
| VA JMT INT RATE | |

**Claim**      **001**

**Debtor**      **001**

| | |
|---|---|
| Experian Address 1 | 1550 E 5TH AVE |
| Experian City | HIALEAH |
| Experian State | FL |

Z&L 000005

| Client: | CYPRESS FINANCIAL RECOVERIES, LLC | Status: | 492 |
| Receiving Atty: | | Type: | C |
| Sort Order: | None | Responsible Atty/Collector: | |

Experian Zip          330103259

Z&L 000006

| Client: | CYPRESS FINANCIAL RECOVERIES, LLC | | Status: | 492 |
| Receiving Atty: | | | Type: | C |
| Sort Order: | None | | Responsible Atty/Collector: | |

## History Detail

| Account No. | Enter Date & Time | History Note | | Operator | Effective Date |
|---|---|---|---|---|---|
| | | | | | |
| | | 1:45:57 | | | |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: 2007/03/21 | | NTL | 01/03/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: 2012/12/12 | | NTL | 01/03/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: New Claim Entry | 5,561.35 | NTL | 01/03/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: Create Export File | | NTL | 01/03/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: Export File Frwrd to Firm | | NTL | 01/03/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: Acknowledgment | | NTL | 01/04/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: CLAIM FORWARDED | | NTL | 01/10/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: SENT TO DMP VENDOR DMP Scrub - SENT | | NTL | 01/09/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: Added new collector #: 2 | | NTL | 01/09/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: DMP VENDOR NO HIT DMP Scrub Result - NO HIT | | NTL | 01/09/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: Telephoned residence/left m XCDLM:CALLED DEBTOR LEFT MES | | NTL | 01/09/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: SAGE PH1 AND LMTC GVMM FOTI AND QA V.SHEARS 6030 | | NTL | 01/09/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: Claim:5 Fields Added | | NTL | 01/09/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: INT FDCPA -SCRUB SENT Int FDCPA - SENT | | NTL | 01/09/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: INT NO FDCPA ATY HIT Int FDCPA - NO HIT | | NTL | 01/09/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: FDCPA VENDOR - SENT Ext FDCPA Scrub - SENT | | NTL | 01/09/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: Skip Trace        XEDIFDCG:FDCPA SCRUB GOOD- N | | NTL | 01/09/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: O HIT Ext FDCPA Scrub Result - NO | | NTL | 01/09/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: BK/DEC VENDOR - SENT LexisNexis Scrub - SENT | | NTL | 01/09/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: Telephone Demand Business   01/09/2013 - 305/953-6826 | | NTL | 01/09/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: Skip Trace        XEDIBK:BK SCRUB - NO BK Bank | | NTL | 01/10/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: ruptcy Scrub Result - NO | | NTL | 01/10/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: Skip Trace        XEDIDEC:DEC SCRUB - NOT DEC | | NTL | 01/10/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: Decease Scrub Result - NO HI | | NTL | 01/10/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: Telephoned residence/no ans XCDNA:CALLED DEBTOR - NO ANS | | NTL | 01/10/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: WER TEL PH1 THERE WAS NA.....ELK 6113 | | NTL | 01/10/2013 |

| Client | CYPRESS FINANCIAL RECOVERIES, LLC | | Status: 492 | | |
|---|---|---|---|---|---|
| Receiving Atty | | | Type:  C | | |
| Sort Order | None | | Responsible Atty/Collector: | | |

| | | | | |
|---|---|---|---|---|
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: TRANSUNION SCRUB SENT TransUnion SCORE - SENT | NTL | 01/10/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: TRANSUNION SCRUB RETURNED TransUnion Score Update 575 C | NTL | 01/10/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: AGENT - No Message  01/10/2013 - 305/953-6826 | NTL | 01/10/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: Will call back 01/10/2013 - 305/953-6826 | NTL | 01/10/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: 01/11/2013 - 305/953-6826 | NTL | 01/11/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: Telephone Demand         Answer-Transferred to Agent | NTL | 01/14/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: 01/14/2013 - 305/953-6826 | NTL | 01/14/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: Original Creditor Update :GE Capital Retail Bank - BrandsMart Dual Card | NTL | 01/24/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: Telephoned residence/left m 02/11/2013 - 305/953-6826 | NTL | 02/11/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: Telephoned residence/left m 02/14/2013 - 305/953-6826 | NTL | 02/14/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: Telephoned residence/left m 02/19/2013 - 305/953-6826 | NTL | 02/19/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: Operator Transfer ( 02/21/2013 - 305/953-6826 120116GMT-8 | NTL | 02/21/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: Telephone Demand        XCD:Called Debtor - See Note | NTL | 02/22/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: s CALLED LM FR CALL BACK FOTI...MM...SKB....EXT...6019 | NTL | 02/22/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: Telephone Demand Business  02/22/2013 - 305/953-6826 | NTL | 02/22/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: Telephoned residence/left m 02/28/2013 - 305/953-6826 | NTL | 02/28/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: Telephone Demand        XCD:Called Debtor - See Note | NTL | 03/13/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: s CALLED ON DIAL ID SECONDARY SAID BRITHER IS RESPONSIBLE CALL HIM GAVE INFO TO REACH HIS BROTHER....SKB....6019 | NTL | 03/13/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: MEDIA DIARY DROPPED -500 001529GMT-8 | NTL | 03/25/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: Media - Firm Request    XMEDREQ:REQUESTED MEDIA FROM | NTL | 03/25/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: CLIENT | NTL | 03/25/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: BillofSale-Firm-Fwd | NTL | 04/04/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: AffofSale-Firm-Fwd | NTL | 04/04/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: CertofCon-Firm-Fwd | NTL | 04/04/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: BillofSale-Seller-Awaiting :Bill of Sale--- 4/8/2013 | NTL | 04/08/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: Bill Stmt-Seller-Rqsted :Last Charge Off Statement---4/8/2013 | NTL | 04/08/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: BillofSale-Firm-Fwd | NTL | 04/08/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: ChainofTitle-Firm-Fwd | NTL | 04/08/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: REQUEST AFFIDAVIT 213018GMT-8 | NTL | 04/04/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: MEDIA REQUEST 213018GMT-8 | NTL | 04/04/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: Telephone Demand        Answer-Transferred to Agent | NTL | 04/04/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: 04/04/2013 - 305/953-6826 | NTL | 04/04/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: Telephone Demand        Answer-Transferred to Agent | NTL | 04/05/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: 04/05/2013 - 305/953-6826 | NTL | 04/05/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: BILL OF SALE SCAN 063426GMT-8 | NTL | 04/15/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: AFFIDAVIT OF SALE SCAN 080938GMT-8 | NTL | 04/15/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: Telephone Demand        Answer-Transferred to Agent | NTL | 04/10/2013 |

| Client<br>Receiving Atty<br>Sort Order: | CYPRESS FINANCIAL RECOVERIES, LLC<br><br>None | | Status:  492<br>Type:  C<br>Responsible Atty/Collector: | | |
|---|---|---|---|---|---|
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: 04/10/2013 - 305/953-6826 | | NTL | 04/10/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: Telephone Demand          XCD:Called Debtor – See<br>Note | | NTL | 04/22/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: s CALLED DIALER LM FR CALL BACK<br>FOT1...MM...SKB...EXT...6019 | | NTL | 04/22/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: GOOD PHONE          :CALLED LM FR CALL BA | | NTL | 04/22/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: Bill Stmt-Firm-Fwd | | NTL | 05/01/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: Previous Attorney :The Brachfeld Law Group, PC | | NTL | 05/01/2013 |
| 3000568664.001 | 05/08/13 9:14a | Fwdr.: Misc Comments          Forwarding to FL attorney | | NTL | 05/01/2013 |

Z&L 000009

# EXHIBIT B

Mr Hartnett;
I hope you are doing better.

Please remember to send me your client's response today 10/10/14, so  I can filed my Motion
Monday 10/13/2014
Thanks
Miguel P Sosa

From: ac1989mige@hotmail.com
To: dhartnett@hinshawlaw.com
Subject: MOTION TO DISMISS
Date: Tue, 7 Oct 2014 19:09:13 -0400

Good evening Mr. Hartnett;

I received your emails yesterday afternoon. The documents you send for CYPRESS are incomplete
and not even address my request for production. Those alleged bill of sale pages 27 and 28 does
not have Plaintiff's name nowhere and also does not address the conditions of that agreement like
how much money was paid for that ( 10 cents on the dollar?). How are you going to prove the
alleged account CYPRESS was trying to collect was in that package.
Those copies that look like statements do not mean anything.

In regards to ZAKHEIM documents, it seems that you forgot to send them because I did not get
them; or is another delay tactic from your part?
I am tired of this game you are playing with me just because I am proceeding Pro Se.

I want you to take this my last offer of settlement to your clients;

1. Statutory damages in this case is 7000.00 plus expenses, I will dismiss this case with prejudice in
exchange of 3000.00 plus 480 in expenses (some negotiable); or

2. I will dismiss this matter without prejudice. I am looking for an attorney to take this case but no
one is willing to do it this late in the case. The only way an attorney would consider my case is if
they filed it from the beginning,  so I will do just that, I will dismiss it and let my Attorney take care
of this matter with your clients. You know I have a case, but I know I have my limitations and it is
time to get help from an attorney.

Please let me know if your clients will consider option 1 or 2, I need a response by end of business
day 10/10/2014. If you failed to respond  I will filed my Motion by Monday 10/13/2014 stating that
I attempted to communicate with you but you failed to respond.  Local Rule 7.1(a) (3) (B)

Print Close

# FW: Sosa v Cypress and Zakheim & Lavrar

From: **MIGUEL PERAZA** (ac1989mige@hotmail.com)
Sent: Mon 10/13/14 12:49 PM
To: dhartnett@hinshawlaw.com (dhartnett@hinshawlaw.com)

Good Morning Mr Hartnett:

Thank you very very much for your "timely response" and for the records provided.

The records provided were not included in the 10/6/2014 email.
About those records, they are a lot black out pages, 9 through 20; it seems that there is something there that I am not supposed to see.
 In regards to your latest offer:

1. 2000.00 is unreasonable;

2. Please disregard the 3000.00 plus 480 that I requested .

3. Due to the recent discovery request you just forward  I want you to go to your clients and tell them that I am asking for my statutory damages in full 2000.00 per defendant and 1000 for pulling my report. Total of 7000 plus 480 in expenses.

4. I need your response on 10/15/2014 end of business day.

5. If your clients do not accept, I will file a Motion to Dismiss without prejudice. I will hire an attorney to refilled this matter because I am not competent enough to continue, no-one is willing to take this case unless they take it from the beginning and because I believe there are more violations in those redacted pages . I believe there are some calls made to my cellular number in those pages. (Statutory damages up to 1500 per call)

6. If you do not respond I will inform the court that you will object to my Motion.
Thanks and have a wonderful day

Miguel P Sosa


From: **dhartnett@hinshawlaw.com** (dhartnett@hinshawlaw.com)
Sent: Fri 10/10/14 5:37 PM
To: MIGUEL PERAZA (ac1989mige@hotmail.com)
Cc: clucas@hinshawlaw.com (clucas@hinshawlaw.com)

Print                                                              Close

# M.T.D.

From:  **MIGUEL PERAZA** (ac1989mige@hotmail.com)
Sent:  Sun 10/19/14 9:08 PM
To:    MIGUEL PERAZA (ac1989mige@hotmail.com)

Good Morning Mr Hartnett;

We can not let our emotions get in the middle of settlement negotiations. I will recommend that as the officer of the court that you are and with all due respect to calm down and really think about before your clients respond to this my last proposal.

I am a reasonable person, as I told your client Mr. Lavrar before, and I  really would like to settle this matter before this get to expensive for me and your clients.

2000.00 is not reasonable from 3 parties. Also, one of your clients call my cellular number an unknown number of times and this fact have the potential to increase the damages more under the TCPA. I am sure you know statutory damages under the TCPA  could go up to 1500 per call.

7000.00 plus 480 ( some negotiable) in expenses is very reasonable considering that I will dismiss this matter with prejudice including the potential violations of the TCPA.

At this point I will consider a reasonable offer from your clients. I will hold the filing of my Motion until 10/22/2014. If I do not hear from you I will proceed  accordingly.
Thanks
Miguel P Sosa

Print                                                                                                Close

# M.T.D.

From: **MIGUEL PERAZA** (ac1989mige@hotmail.com)
Sent: Thu 10/16/14 6:17 PM
To:    dhartnett@hinshawlaw.com (dhartnett@hinshawlaw.com); clucas@hinshawlaw.com
         (clucas@hinshawlaw.com)

Mr Hartnett;

I gave you an extra day as a courtesy considering the fact that you were having health issues, I really hope that you are
doing better now.

I will take your failure to respond as a "negative response"  to my proposal for settlement from your clients and also a
discourtesy from you for not even sending a reply.

I will file my Motion to Dismiss Monday, and if you do not respond to this email  I will informed the court that I made
every attempt to communicate with you and that you have chosen to ignore my attempts.Local Rule 7.1
Thanks
.
Miguel P Sosa

# EXHIBIT C



**Prepared for:** MIGUEL PERAZA SOSA
**Date:** February 17, 2014
**Report number:**

## Record of requests for your credit history

We make your credit history available to your current and prospective creditors and employers as allowed by law. Experian may list these inquiries for up to two years.

### Inquiries shared only with you

You may not have initiated the following inquiries, so you may not recognize each source. We report these requests to you only as a record of activities, and **we do not include any of these requests on credit reports to others.**

We offer credit information about you to those with a permissible purpose, such as:

- other creditors who want to offer you preapproved credit;
- an employer who wishes to extend an offer of employment;
- a potential investor in assessing the risk of a current obligation;
- Experian Consumer Assistance to process a report for you;
- your current creditors to monitor your accounts (date listed may reflect only the most recent request).

**These inquiries DO NOT affect your credit score.**

**LEXISNEXIS/INS/P&C**  1000 ALDERMAN DR   ALPHARETTA GA 30005
No phone number available
On behalf of MERCURY INSURANCE GROUP for Insurance underwriting
Date of inquiry: Sep 27, 2013, Jul 19, 2012

**LEXISNEXIS/INS/P&C**
No phone number available
On behalf of INFINITY INS CO for Insurance underwriting
Date of inquiry: Sep 27, 2013, Jul 19, 2012

**PROGRESSIVE INSURANCE**  6300 WILSON MILLS RD   CLEVELAND OH 44143
No phone number available
Date of inquiry: Sep 27, 2013, Jul 19, 2012

**ZAKHEIM AND ASSOCIATES**  1045 S UNIVERSITY DR STE 202   PLANTATION FL 33324
No phone number available
Date of inquiry: May 08, 2013

**GRANITE BAY ACCEPTANCE I**  2940 HEBRON PARK DR   HEBRON KY 41048
No phone number available
Date of inquiry: Apr 29, 2013

**NORTHLAND GROUP, INC**  7831 GLEN ROY ROAD   EDINA MN
No phone number available
Date of inquiry: Oct 26, 2012

**PROGRESSIVE INSURANCE**  6300 WILSON MILLS RD   CLEVELAND
No phone number available
Date of inquiry: Jul 19, 2012

## Personal information

The following information is reported to us by you, your creditors and other sources. Each source may report your personal information differently, which may result in variations of your name, address, Social Security number, etc. As part of our fraud protection efforts, a notice with additional information may appear.

### Names

MIGUEL PERAZASOSA
Name identification number: 2910
MIGUEL P SOSA
Name identification number: 30
MIGUEL PERAZA SOSA
Name identification number: 5731
SOSA MIGUEL PERAZA
Name identification number: 17977
MIGUEL PERAZA
Name identification number: 27314
MIGUEL  PERAZA SOSA
Name identification number: 6131
MIGUEL PEREZA
Name identification number: 31859
MIGUEL PERAZA  SOSA
Name identification number: 6101
MIQUEL PERAZASOSA
Name identification number: 835

### Addresses

These addresses are listed in no particular order and may include properties where you received mail. The Address identification number is how we identify the address and the source of that address, such as a creditor or potential creditor. The geographical code shown with each address includes the county, census tract, block group and Metropolitan Statistical Area associated with each address. These listings do not affect your credit score.

0849333724