UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MIGUEL PERAZA SOSA,                        Case No:  14-CV-22004-JLK

       Plaintiff,

vs.

CYPRESS FINANCIAL
RECOVERIES LLC,
ZAKHEIM & LAVRAR PA f/k/a
ZAKHEIM & ASSOCIATES, and
FLYNN LAVRAR, Esq.
Individually,

       Defendants.                    /

## DEFENDANTS' MOTION FOR ONE DAY ENLARGEMENT OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT

Defendants, CYPRESS FINANCIAL RECOVERIES LLC, ZAKHEIM & LAVRAR PA, and FLYNN LAVRAR, hereby move for an enlargement of time of one (1) day to file their Motion for Summary Judgment [DE 20], and in support thereof state as follows:

1.  Discovery closed on December 31, 2014, and this Court ordered motions for summary judgment to be filed on or before January 5, 2015.  [DE 16].

2.  Undersigned counsel was attempting to finalize the Defendants' motion for summary judgment from home on the evening of January 5, 2015.  However, due to computer problems with a new wireless internet router and modem, the motion was not filed until after 12:00 midnight on January 6, 2015.  [DE 20]

3.  Pursuant to Local Rule 7.1(a)(3), undersigned counsel has attempted to confer with Plaintiff regarding this requested enlargement of time, but has not received a response yet. Specifically, this morning at approximately 10:20 a.m., undersigned counsel called the telephone number plaintiff has previously provided as his cellular phone (no phone number is identified in

the signature block of the complaint). The message said that "the subscriber is not in service." Thereafter, undersigned counsel sent an e-mail to Plaintiff as attached as Exhibit 1. As of this time, Plaintiff has not responded, and undersigned counsel will notify the court if and when Plaintiff responds.

4. Plaintiff will not be prejudiced by a one day enlargement of time, up to and including January 6, 2015, in order to deem Defendant's Motion for Summary Judgment as timely filed. [DE 20]. The motion was filed before the commencement of regular business hours on January 6, 2015. Trial is not set until May 18, 2015, and the consideration of the motion is expected to eliminate, or resolve in large part, the claims asserted by Plaintiff without the necessity of a trial.

## MEMORANDUM OF LAW

Rule 6(b) of the Federal Rules of Civil Procedure permits this Court to enlarge the time for Defendants to file their Motion for Summary Judgment. The filing of the Motion approximately 5 hours after the expiration of the midnight deadline was the result of a computer internet functionality with a new router and modem, and undersigned counsel respectfully submits such circumstances constitute excusable neglect. It is within this Court's discretion to grant the Motion because it best advances this cause to narrow or eliminate the issues. Plaintiff will not be prejudiced by a one day enlargement of time, up to and including January 6, 2015, in order to deem Defendant's Motion for Summary Judgment as timely filed. [DE 20]. The motion was filed before the commencement of regular business hours on January 6, 2015. Trial is not set until May 18, 2015, and the consideration of the motion is expected to eliminate, or resolve in large part, the claims asserted by Plaintiff without the necessity of a trial.

Accordingly, Defendants request that this Court enter an Order enlarging the time by one day and deem Defendants' Motion for Summary Judgment timely filed. [DE 20].

15010590v1 0961320

WHEREFORE, Defendants CYPRESS FINANCIAL RECOVERIES LLC, ZAKHEIM & LAVRAR PA, and FLYNN LAVRAR respectfully request this Court enlarge the time period in which Defendants have to file their Motion for Summary Judgment, up to and including January 6, 2015, and deem Defendants' Motion as timely filed.

Respectfully submitted,

*s/David P. Hartnett*
David P. Hartnett
Florida Bar No. 946631
dhartnett@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Boulevard
4th Floor
Coral Gables, FL 33134
Telephone: 305-358-7747
Facsimile:  305-577-1063
Attorneys for Defendants CYPRESS FINANCIAL RECOVERIES LLC,  ZAKHEIM & LAVRAR, P.A. and FLYNN LAVRAR

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing, and a copy has been sent via U.S. Mail to the following:

MIGUEL PERAZA SOSA (pro se)
701 E 52 ST.
HIALEAH FL 33013

*s/David P. Hartnett*
David P. Hartnett

3

15010590v1 0961320