## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 14-cv-22004-KING

MIGUEL PERAZA SOSA,

      Plaintiff,

v.

CYPRESS FINANCIAL RECOVERIES LLC,
ZAKHEIM & LAVRAR PA f/k/a ZAKHEIM &
ASSOCIATES, and FLYNN LAVRAR, Esq.,
individually,

      Defendants.

_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE

THIS CAUSE comes before the Court upon Plaintiff's Motion to Dismiss Without Prejudice (DE 17). The Court appreciates Defendants' candor in citing to controlling precedents that tend to undermine its opposition to Plaintiff's motion. In accordance with those precedents, Plaintiff's motion should be granted because Defendants have failed to show that they would suffer clear legal prejudice or that Plaintiff has acted in bad faith. *Potenberg v. Boston Scientific Corp.*, 252 F.3d 1253 (11th Cir. 2001).

The Court declines to attach conditions at this time to Plaintiff's dismissal. Defendants' bare assertion that they have expended thousands of dollars is inadequate to show that they have been "put to considerable expense" in preparing for trial. *See Global Aerospace, Inc. v. Platinum Jet Mgmt., LLC*, No. 09-60756, 2011 WL 1342993, at *3 (S.D. Fla. Apr. 6, 2011). There are no pending counterclaims. No summary judgment motion had been filed at the time Plaintiff filed the instant motion. Defendants' filing of a motion for

summary judgment (DE 20) while Plaintiff's motion was still pending does not defeat Plaintiff's motion. If Plaintiff refiles, Defendants are free to file an appropriate motion for costs pursuant to Federal Rule of Civil Procedure 41(d).

Therefore, it is **ORDERED, ADJUDGED, and DECREED** that Plaintiff's Motion to Dismiss Without Prejudice **(DE 17)** be, and the same is, hereby **GRANTED**.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 8th day of January, 2015.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:    All Counsel of Record

2