UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-cv-22004-KING

MIGUEL PERAZA SOSA,

    Plaintiff,

v.

CYPRESS FINANCIAL RECOVERIES LLC,
ZAKHEIM & LAVRAR PA f/k/a ZAKHEIM &
ASSOCIATES, and FLYNN LAVRAR, Esq.,
individually,

    Defendants.
_____/

## JUDGMENT OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 58(a), and in accordance with the reasoning set forth in this Court's January 8, 2015, Order Granting Plaintiff's Motion to Dismiss Without Prejudice, it is hereby **ORDERED, ADJUDGED, and DECREED** that this action is **DISMISSED WITHOUT PREJUDICE**, all pending motions are **DENIED AS MOOT**, and the Clerk shall **CLOSE** this case.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 8th day of January, 2015.

                                                JAMES LAWRENCE KING
                                               UNITED STATES DISTRICT JUDGE
                                               SOUTHERN DISTRICT OF FLORIDA

cc:    All Counsel of Record